No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEAUNIT MILLS, INC., et al., Respondents, v. MARCUS ROTTENBERG et al., Individually and as Copartners under the Name of CARL GUTMANN & COMPANY and under the Name of RIGHTFIT COMPANY, Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEAUNIT MILLS, INC., et al., Respondents, v. MARCUS ROTTENBERG et al., Individually and as Copartners under the Name of CARL GUTMANN & COMPANY and under the Name of RIGHTFIT COMPANY, Appellants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MAX HERRING, as Administrator of the Estate of PEARL HERRING, Deceased, Respondent, v. J. B. SLATTERY & BROS., INC., Respondent, and NEW YORK CITY HOUSING AUTHORITY, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and dismiss the complaint on the ground that the plaintiff failed to establish any actionable negligence against the landlord.

GUY H. MONTMARTIN, Appellant, v. DUPUIS PROCESS, INC., et al., Respondents.— Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of JOHN A. MEENAGH, Appellant, et al., Petitioners, against THOMAS E. DEWEY, as District Attorney of the County of New York, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

INEZ L. SAMUEL, Respondent, v. SANFORD SAMUEL et al., Individually and as Executors of MOSES SAMUEL, Deceased, et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO and DOMINIC MUNDO.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of FREDERICK B. RYAN et al., as Executors of JULIA C. RYAN, Deceased. ADELINE IRWIN et al. FREDERICK B. RYAN et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of FREDERICK B. RYAN et al., as Executors of JULIA C. RYAN, Deceased. ADELINE IRWIN et al, FREDERICK B. RYAN et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY WEINSTEIN v. MID-EASTERN CORPORATION.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEFFERSON TERMINAL CORPORATION et al. v. HOME INSURANCE COMPANY.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOPHIE D. COHEN v. ELEANOR C. HUGHES.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LUCILLE J. CARNEY v. JOHN R. BARES et al., Copartners under the Name of JOHN R. BARES COMPANY, et al., By Original Summons and Complaint, and JOHN R. BARES et al., Copartners under the Name of JOHN R. BARES COMPANY v. VAILLANT-DAUVERGNE, INC., By Counterclaim.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LUCILLE J. CARNEY v. JOHN R. BARES et al., Copartners under the Name of JOHN R. BARES COMPANY, et al., By Original Summons and Complaint, and JOHN R. BARES et al., Copartners under the Name of JOHN R. BARES COMPANY v. VAILLANT-DAUVERGNE, INC., By Counterclaim.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANAHMA REALTY CORPORATION v. AUTOMOBILE MANUFACTURERS ASSOCIATION, INC.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BENJAMIN HALPERN et al., Copartners Doing Business as HALPERN, DAVIDOFF & SACK, v. AMTORG TRADING CORPORATION. (Action No. 1.) BENJAMIN HALPERN et al., Surviving Members of HALPERN, DAVIDOFF & SACK, v. AMTORG TRADING CORPORATION. (Action No. 2.)

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of MARIE RAMUNDO against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CARMELO DI NOME v. PERSONAL FINANCE COMPANY OF NEW YORK.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALBERT LAHAM et al. v. DOMESTIC FINANCE CORPORATION.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE H. REICH v. RAILROAD EMPLOYEES' PERSONAL LOAN COMPANY.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.